|   |   |
|---|---|
| 1 | MICHAEL HINCKLEY, State Bar No. 161645 |
|   | THE LAW OFFICES OF MICHAEL HINCKLEY |
| 2 | 803 Hearst Avenue |
|   | Berkeley, California 94710 |
| 3 | Telephone:   (510) 486-0800 |
|   | Facsimile:   (510) 486-0801 |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case Nos. CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ]** |
| | **ORDER TO CONTINUE HEARING** |
| DANIEL HITESMAN | |
| Defendant. | Date: May 1, 2014 |
| | Time: 9:00 a.m. |
| | Hon. D. Lowell Jensen |

Defendant DANIEL HITESMAN, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Jeff Schenk, hereby stipulate and agree to continue the status conference in the above matters from May 1, 2014 to June 12, 2014 at 9:00 a.m.

Good cause exists for this request in that these matters are trailing Mr. Hitesman's matter CR 14-00010 LHK which the parties have requested be continued to June 4, 2014.

Probation Officer Daniel Zurita has no objection to this requested continuance.

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ

**IT IS SO STIPULATED.**

Dated: 4/29/2014                    /s/ Jeff Schenk

                                    JEFF SCHENK
                                    Assistant United States Attorney

Dated: 4/29/2014                    /s/Michael Hinckley

                                    MICHAEL HINCKLEY
                                    Attorneys for Defendant

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ

**ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from May 1, 2014 to June 12, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 6l4; 136

Hon. D. LOWELL JENSEN
Senior United States District Judge

U.S. V. HITESMAN, CR-93-20046 DLJ; CR-01-00029 DLJ; CR-02-00165 DLJ; CR-13-0528 DLJ